**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

    vs.                                            CASE NO.8:98-CR-433-T-24EAJ

DARRELL BURNEY

### ORDER

This matter is before the Court on the Defendant's *Blakely* Motion for Reduction of Sentence. (doc. 491) Defendant argues a number of things in his motion including entitlement to a reduction because of a minor role, the evidence was insufficient to support a conviction, his sixth amendment rights were violated because a jury did not determine the drug quantity and the obstruction of justice enhancement. The motion is without merit and is DENIED.

To the extent Defendant brings his claims pursuant to Title 28 U.S.C. section 2255, Defendant's motion is untimely. Defendant Burney was convicted by a jury and judgment entered on October 5, 1999. Defendant appealed and the judgment and sentence were affirmed and the mandate issued on January 30, 2002. The instant motion was filed on March 10, 2005.

To the extent the Defendant relies on *Blakely v. Washington*, 124 S. Ct. 2531 (2004) or *United States v. Booker*, 125 S. Ct. 2531 (2004), neither case is retroactively applicable to cases on collateral review. See. Varela v. U.S., 400 F.3d 864 (11th Cir. 2005).

The motion is DENIED

Done and ordered in Tampa, Florida this 23rd day of May, 2005.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies: Darrell Burney, pro se